UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| RICHARD COOK, | : Case No. 1:22-cv-140 |
| Petitioner, | : |
| vs. | : District Judge Matthew W. McFarland |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, LONDON CORRECTIONAL INSTITUTION, | : |
| Respondent. | : |

# ORDER

Petitioner has filed a petition for a writ of habeas corpus in this Court. (Doc. 1). On March 21, 2022, the undersigned recommended that petitioner's motion for leave to proceed *in forma pauperis* be denied. (Doc. 2). As noted in the Report and Recommendation, petitioner's application reveals that he has sufficient funds available to pay the full $5.00 filing fee.

Petitioner has filed an objection that includes a "Personal A/C Withdrawal Check Out-Slip" form, apparently requesting a check to pay the filing fee in this action from the prison cashier. (*See* Doc. 3-1 at PageID 22). However, to date, the Court has not received a filing fee from petitioner. Accordingly, to the extent petitioner seeks reconsideration of the Court's March 21, 2022 Report and Recommendation, his motion is denied.

**IT IS SO ORDERED.**

May 24, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge