**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| RICHARD COOK, | : | Case No. 1:22-cv-140 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, LONDON CORRECTIONAL | : | |
| INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

---

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendation of United States Magistrate Michael R. Merz (Doc. 23), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Petitioner failed to timely file any objections to the Report and Recommendations in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Petitioner's Motion to Alter or Amend the Judgment (Doc. 22) is **DENIED**; and

2. Petitioner is **DENIED** a certificate of appealability. The Court **CERTIFIES** that any appeal of this Order would be objectively frivolous. Petitioner is therefore **DENIED** leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND